IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.                        : CIVIL NO: C-1-00-704
                              : MAGISTRATE JUDGE HOGAN

**THOMAS M. BOARD, III,**

      **Defendant.**

**PLAINTIFF'S REQUEST TO QUASH
ORDER FOR JUDGMENT DEBTOR EXAMINATION**

Plaintiff, United States of America, respectfully moves this Honorable Court to quash the Order for Judgment Debtor Examination filed on January 24, 2005 in the above captioned case. Plaintiff has been unable to obtain a good address for service of Order for Judgment Debtor Examination to Defendant. Therefore, it is respectfully requested that the January 24, 2005 Order for Judgment Debtor Examination against Thomas M. Board, III be quashed.

                                              Respectfully submitted,

                                              GREGORY G. LOCKHART
                                              United States Attorney

                                              s/Deborah F. Sanders
                                              DEBORAH F. SANDERS    (0043575)
                                              Assistant United States Attorney
                                              Two Nationwide Plaza
                                              280 N. High St., 4th Floor
                                              Columbus, Ohio 43215
                                              614-469-5715

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Plaintiff's Request to Quash Order for Judgment Debtor Examination was mailed this 11th day of February 2005, to Thomas M. Board, III, 5428 Fenwick Avenue, Apt. 5, Cincinnati, Ohio 45212, by first class, postage paid mail.

    s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney