IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          : CIVIL NO: C-1-00-704
:                             MAGISTRATE JUDGE HOGAN

THOMAS M. BOARD, III,

    Defendant.

## ORDER TO QUASH THE
## ORDER FOR JUDGMENT DEBTOR EXAMINATION

Upon Plaintiff's Motion to Quash Order for Judgment Debtor Examination, and for good cause, showing that the Plaintiff has been unable to obtain a good address for service of Order for Judgment Debtor Examination to Defendant.

**IT IS HEREBY ORDERED** that the January 24, 2005 Order for Judgement Debtor Examination be quashed.

Date: 2/14/05

_____
UNITED STATES MAGISTRATE JUDGE